# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JAMES FOWLER**,<br><br>Plaintiff,<br><br>v.<br><br>**UNITED STATES OF AMERICA**<br><br>Defendant. | Case No:  FILED: MAY 13, 2008<br>08CV2785        LI<br>JUDGE  DOW,  JR<br>MAGISTRATE  JUDGE COX |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, JAMES FOWLER, by his attorneys, Burke & O'Brien, P.C., and for his Complaint against the Defendant, United States of America, states as follows:

## JURISDICTION AND VENUE

i.  This action arises under the Federal Tort Claims Act, 28 U.S.C. Sections 1346(b), 2671-80.  Venue is proper in this jurisdiction because the acts complained of occurred in the City of Libertyville, County of Lake, and State of Illinois.

ii.  Pursuant to 28 U.S.C. Section 2675 (a), a Standard Form 95 was timely filed with the United States Post Office on October 16, 2007.  The United States Post Office denied Plaintiff's administrative claim on April 15, 2008.

1

## COUNT I

1. On or about November 16, 2005, and at all times material, the United States Postal Service ("USPS") owned, operated, managed, maintained, and/or controlled the premises commonly known as Libertyville Post Office, located at 1520 Artaius Parkway in the City of Libertyville, County of Lake, State of Illinois.

2. At the time and place aforesaid, and prior thereto, USPS owned, operated, managed, maintained and/or controlled the loading dock/loading area upon the aforesaid premises.

3. At the time and place aforesaid, Plaintiff, JAMES FOWLER, was an invitee of said premises and lawfully on said premises.

4. At the time and place aforesaid, JAMES FOWLER was caused to trip and fall on the dock plate upon the aforesaid premises.

5. At the time and place aforesaid, USPS had a duty to exercise ordinary care in the ownership, operation, management, maintenance and/or control of said premises, so as not to cause injury to invitees, including Plaintiff.

6. In violation of the aforesaid duty, USPS, by and through its duly authorized agents, employees, and/or servants, was negligent in one or more of the following respects:

   a. Created a dangerous and hazardous condition of a dock plate that failed to sit flush with the walking surface in the dock area/loading area of said premises;

   b. Allowed said dangerous and hazardous condition to exist in the dock area/loading area of said premises;

   c. Failed to maintain adequate lighting in the dock area/loading area;

      d.      Failed to adequately warn invitees of said dangerous and hazardous conditions which existed on the aforesaid premises;

      d.      Failed to make a reasonable inspection of the premises to discover and remedy said dangerous and hazardous conditions which existed on the aforesaid premises, when they knew, or in the exercise of reasonable care, should have known that said conditions were not reasonably safe for invitees;

      e.      Were otherwise careless and/or negligent in the maintenance of said premises.

      7.      As a direct and proximate result of one or more of the foregoing acts or omissions of USPS, the Plaintiff, JAMES FOWLER, was injured when he tripped on the raised dock plate and fell to the ground on said premises, thereby causing JAMES FOWLER to suffer severe, permanent, painful and disabling injuries which have interfered with and will continue to interfere with his everyday activities and have caused him to incur and will cause him in the future to incur medical expenses and lost wages.

WHEREFORE, the Plaintiff, JAMES FOWLER, prays for judgment in his favor and against the Defendant, UNITED STATES OF AMERICA, in the amount of $1,000,000.00 plus costs.

Attorneys for Plaintiff

s/Daniel E. O'Brien
BURKE & O'BRIEN, P.C.

Daniel E. O'Brien
BURKE & O'BRIEN, P.C.
33 North LaSalle Street
20th Floor
Chicago, Illinois 60602
312/279-1170

3