## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| JAMES FOWLER<br>v.<br>UNITED STATES OF AMERICA | FILED: MAY 13, 2008<br>08CV2785          LI<br>JUDGE  DOW,  JR<br>MAGISTRATE  JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, JAMES FOWLER

| | |
|---|---|
| **NAME** (Type or print)<br>Daniel E. O'Brien | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ *[signature]* | |
| **FIRM**<br>Burke & O'Brien, P.C. | |
| **STREET ADDRESS**<br>33 N. LaSalle Street, Suite 2000 | |
| **CITY/STATE/ZIP**<br>Chicago, Illinois 60602 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS)<br>6202474 | **TELEPHONE  NUMBER**<br>(312) 279-1170 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES ☑        NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐        NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?         YES ☑        NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |