UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| JAMES FOWLER, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) ) | |
| v. | ) ) ) | Case No:  08 C 2785 |
| UNITED STATES OF AMERICA | ) ) ) ) | |
| Defendant. | ) ) ) ) ) | |

**PLAINTIFF'S RULE 26(a) DISCLOSURES**

    NOW COMES, the Plaintiff, JAMES FOWLER, by his attorneys, Burke & O'Brien, P.C., and for his disclosures, pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, discloses as follows:

**(A).   Individuals With Discoverable Information**

1. **James Fowler, 1703 N. Yale Ave., Arlington Heights, Illinois 60004:** Plaintiff has knowledge of the facts surrounding the subject occurrence, as well as his medical treatment, injuries, pain and suffering, disability, and lost time following the occurrence;

2. **Dave Richards, Eagle Express Lines, Inc., 715 W. 172nd Street, South Holland, Illinois 60473-0348:** Mr. Richards was plaintiff's supervisor for Eagle Express on the date of the occurrence and may have information regarding the occurrence, injuries to plaintiff and information regarding other employees making deliveries to the subject Libertyville Post Office;

3. **Unknown woman (approximately 50 years old), address unknown:** a woman fitting this description assisted plaintiff at the scene of the occurrence and is expected to discuss facts surrounding the occurrence;

4. **Unknown US Postal Employee (male, approximately 60-65 years old), address unknown:** a man fitting this description assisted plaintiff at the scene of the occurrence and is expected to discuss facts surrounding the occurrence;

1

5. **Jerry Hoglund, Postmaster, Libertyville Post Office, 1520 Artaius Parkway, Libertyville, Illinois 60048-9998:** Mr. Hoglund has been disclosed by defendant as having information regarding the after-the-fact investigation and information regarding rules, practices, and maintenance for the subject Libertyville post office;

6. **Mike Kelly, Safety Specialist, Northern Illinois District, 1300 E. Northwest Highway, Palatine, Illinois 60095-9441:** Mr. Kelly has been disclosed by defendant as having information regarding the after-the-fact investigation and inspections of the subject loading dock plate;

7. **Lisa Schaal, Dispatch Clerk, Libertyville Post Office, 1520 Artaius Parkway, Libertyville, Illinois 60048-9998:** Ms. Schaal has been disclosed by defendant as being on duty on the night of the subject occurrence, and that she may have information regarding plaintiff's alleged failure to report the incident to the Postal Service;

8. **John Struder, Maintenance, United States Postal Service, Libertyville, Illinois 60048-9998:** Mr. Struder has been disclosed by defendant as having information regarding the lighting available on the dock as well as maintenance of the lighting at the time of the subject occurrence;

9. **Mike Thomka, Maintenance, United States Postal Service, Libertyville, Illinois 60048-9998:** Mr. Thomka has been disclosed by defendant as having information regarding the lighting available on the dock as well as maintenance of the lighting at the time of the subject occurrence;

10. **Ron Wolterink, Disability Coordinator, Eagle Express Lines, Inc., 715 W. 172nd Street, South Holland, Illinois 60473-0348:** Defendant has disclosed Mr. Wolterink as having information regarding Eagle Express Lines' investigation into the alleged occurrence as well as plaintiff's alleged injuries and damages;

11. **Dr. David Zoellick, Adult & Pediatric Orthopedics, SC, 555 Corporate Woods Parkway, Vernon Hills, Illinois 60061:** Dr. Zoellick is expected to testify consistently with the information contained in his medical records regarding his care and treatment to plaintiff. It is expected that Dr. Zoellick will testify about the injuries to and medical care provided to plaintiff, including the findings, history, examinations, treatment, testing, impressions, recommendations, prescriptions, diagnosis and prognosis for plaintiff. In addition, Dr. Zoellick will testify that plaintiff was billed for services rendered and that those bills reflect charges that are customary and reasonable in this community for services rendered of that type, and that the bills incurred by plaintiff for all services were fair and reasonable. It is anticipated that Dr. Zoellick will testify that, as a result of the November 16, 2005 occurrence, plaintiff has experienced pain and suffering, physical disability and limitations on a permanent basis. It is further expected that Dr. Zoellick will discuss the causal connection of these permanent conditions with the November 16, 2005 occurrence at issue in this case.

12. **Dr. Lidia Nelkovski, Concentra Medical Centers, 1820 Jarvis Avenue, Elk Grove Village, Illinois 60007:** Dr. Nelkovski is expected to testify consistently with the information contained in her medical records regarding her care and treatment to plaintiff. It is expected that Dr. Nelkovski will testify about the injuries to and medical care provided to plaintiff, including the findings, history, examinations, treatment, testing, impressions, recommendations, prescriptions, diagnosis and prognosis for plaintiff. In addition, Dr. Nelkovski will testify that plaintiff was billed for services rendered and that those bills reflect charges that are customary and reasonable in this community for services rendered of that type, and that the bills incurred by plaintiff for all services were fair and reasonable. It is anticipated that Dr. Nelkovski will testify that, as a result of the November 16, 2005 occurrence, plaintiff has experienced pain and suffering, physical disability and limitations on a permanent basis. It is further expected that Dr. Nelkovski will discuss the causal connection of these permanent conditions with the November 16, 2005 occurrence at issue in this case.

13. **Dr. Scott Morris, Concentra Medical Centers, 1820 Jarvis Avenue, Elk Grove Village, Illinois 60007:** Dr. Morris is expected to testify consistently with the information contained in his medical records regarding his care and treatment to plaintiff. It is expected that Dr. Morris will testify about the injuries to and medical care provided to plaintiff, including the findings, history, examinations, treatment, testing, impressions, recommendations, prescriptions, diagnosis and prognosis for plaintiff. In addition, Dr. Morris will testify that plaintiff was billed for services rendered and that those bills reflect charges that are customary and reasonable in this community for services rendered of that type, and that the bills incurred by plaintiff for all services were fair and reasonable. It is anticipated that Dr. Morris will testify that, as a result of the November 16, 2005 occurrence, plaintiff has experienced pain and suffering, physical disability and limitations on a permanent basis. It is further expected that Dr. Morris will discuss the causal connection of these permanent conditions with the November 16, 2005 occurrence at issue in this case.

14. **Bhavini Patel, P.T., Concentra Medical Centers, 1820 Jarvis Avenue, Elk Grove Village, Illinois 60007:** Mr. Patel is expected to testify consistently with the information contained in his medical records regarding his care and treatment to plaintiff. It is expected that Mr. Patel will testify about the injuries to and physical therapy provided to plaintiff. In addition, Mr. Patel will testify that plaintiff was billed for services rendered and that those bills reflect charges that are customary and reasonable in this community for physical therapy services and that the bills incurred by plaintiff for these services were fair and reasonable.

15. **Dr. Spiros Stamelos, Advanced Orthopedic Associates, 1734 W. Algonquin Road, Arlington Heights, Illinois 60005:** Dr. Stamelos is expected to testify consistently with the information contained in his medical records regarding his care and treatment to plaintiff. It is expected that Dr. Stamelos will testify about the injuries to and medical care provided to plaintiff, including the findings, history, examinations, treatment, testing, impressions, recommendations, prescriptions, diagnosis and prognosis for plaintiff. In addition, Dr. Stamelos will testify that plaintiff was billed for services

rendered and that those bills reflect charges that are customary and reasonable in this community for services rendered of that type, and that the bills incurred by plaintiff for all services were fair and reasonable. It is anticipated that Dr. Stamelos will testify that, as a result of the November 16, 2005 occurrence, plaintiff has experienced pain and suffering, physical disability and limitations on a permanent basis. It is further expected that Dr. Stamelos will discuss the causal connection of these permanent conditions with the November 16, 2005 occurrence at issue in this case.

16. **Dr. Verne Schwager, 109 S. Evergreen Avenue, Arlington Heights, Illinois 60005:** Dr. Schwager is expected to testify consistently with the information contained in his medical records regarding his care and treatment to plaintiff. It is expected that Dr. Schwager will testify about the injuries to and medical care provided to plaintiff, including the findings, history, examinations, treatment, testing, impressions, recommendations, prescriptions, diagnosis and prognosis for plaintiff. In addition, Dr. Schwager will testify that plaintiff was billed for services rendered and that those bills reflect charges that are customary and reasonable in this community for services rendered of that type, and that the bills incurred by plaintiff for all services were fair and reasonable. It is anticipated that Dr. Schwager will testify that, as a result of the November 16, 2005 occurrence, plaintiff has experienced pain and suffering, physical disability and limitations on a permanent basis. It is further expected that Dr. Schwager will discuss the causal connection of these permanent conditions with the November 16, 2005 occurrence at issue in this case.

17. **Keeper of Records, Northwest Community Hospital, 800 W. Central Road, Arlington Heights, Illinois 60005:** The keeper of records is expected to testify that the medical bills and expenses incurred by plaintiff for treatment provided are fair and reasonable and further that these bills have been paid in full.

18. Any and all individuals identified in discovery in this action and those individuals further disclosed by defendant;

19. Anticipated additional individuals with knowledge of the scene of the occurrence and of the plaintiff.

**(B).    Documents**

1. Eagle Express Line workers' compensation first report of injury form;

2. Plaintiff's medical records produced during administrative process, as well as any additional medical records obtained and/or produced through discovery;

3. Plaintiff's medical bills for all treatment relating to the occurrence;

4. Plaintiff's SF-95 Form and supporting documentation;

5. Defendant's April 15, 2008 denial letter;

6. Copies of photographs produced by defendant;

7. Any and all additional documents identified by the defendant in Rule 26 disclosures.

**(C).     Computation of Damages**

1. **Medical Bills:**
    a. Northwest Community Hospital: $56,437.31;
    b. Arlington Ridge Pathology:  $439.00;
    c. Horton Occupational Health:  $395.50;
    d. Advanced Orthopedic Associates:  $622.00;
    e. Occupational Health Centers:  $2,846.88.

2. **Lost Wages:   To Be Determined**

**(D).     Insurance Agreements**

1. Liberty Mutual Insurance holds a workers' compensation lien in the total amount of $80,910.20, including $19,991.40 in indemnity benefits and $60,918.80 in medical benefits.


Attorneys for Plaintiff


/S/ Daniel E. O'Brien
BURKE & O'BRIEN, P.C.


Daniel E. O'Brien
BURKE & O'BRIEN, P.C.
33 North LaSalle Street
20th Floor
Chicago, Illinois 60602
312/279-1170