UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES FOWLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 2785 |
| v. | ) | |
| | ) | Judge Dow |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' RULE 56.1(a) STATEMENT OF UNCONTESTED FACTS**

Defendant United States of America, by Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, submits the following statement of material facts as to which the United States contends there is no genuine issue and entitled it to judgment as a matter of law pursuant to Local Rule 56.1 of the United States District Court for the Northern District of Illinois.

1. This action is brought under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 1346 and 2671, et seq.

2. This action arises out of acts that allegedly occurred in the Northern District of Illinois. Ex. A at ¶¶ 1-4, 7 (Complaint); Ex. B at ¶¶ 1-4, 7 (Answer).

3. Plaintiff James Fowler was making a delivery to the Liberytville Post Office in his capacity of an employee of Eagle Express Lines, Inc. at the time of his alleged injury. Ex. A at ¶¶ 1-4; Ex. B at ¶¶ 1-4.

4. Defendant United States operates and controls the LIbertyville Post Office in Libertyville, Illinois through the United States Postal Service. Ex. A at ¶ 1; Ex. B at ¶ 1.

5. The United States Postal Service contracts out Highway Contract Route (HCR) contracts to provide drivers who perform mail delivery services formerly performed by Postal

Service employees. Ex. C at ¶¶ 2-4 (Declaration of Bertrum Manchego). The Postal Service has determined that contracting out these mail delivery services is more cost effective than using Postal employees. Ex. C at ¶ 4.

6. Eagle Express is one of the contractors who has been awarded multiple HCR contracts with the Postal Service to deliver mail between postal facilities. Ex. C at ¶ 5; Ex. D at ¶ 2 (Declaration of Tim Pals).

7. Eagle Express' primary business is transporting mail for the Postal Service under HCR Contracts. Ex. D at ¶ 2; Ex. E at 2 (Eagle Express's "What We Offer," *available at* www.eagleexpresslines.com/offer/index.htm). Specifically, Eagle Express advertises that it "primarily services the routes of the US Postal Service" and that its "primary mission is to service the needs of the US Postal Service at locations across the country with on-time delivery, courtesy, safety and efficiency." Ex. E at 2.

8. To perform the contract terms, Eagle Express employs drivers who perform the mail delivery services. Ex. D at ¶ 2.

9. The drivers are paid by Eagle Express, and are covered under workers compensation insurance purchased by Eagle Express in the event they are injured while providing services under the HCR contract. Ex. D at ¶ 2.

10. Per the contract terms, Eagle Express is required to maintain workers compensation insurance for the employees it provides to complete the mail delivery services. Ex. D at ¶2-3*;* Ex. C at ¶¶ 6-7.

11. Eagle Express was awarded HCR #600L1, with a line item cost for workers

2

compensation insurance premiums. Ex. F (Cost Sheet for Contract #600L1) (redacted); Ex. C at ¶¶ 6-7; Ex. D at ¶¶ 3-4.

12. The USPS thus paid for workers compensation insurance as part of the total contract price paid for Eagle Express' services under the contract. Ex. C at ¶¶ 6-7; Ex. D at ¶¶ 3-4.

13. Eagle Express employed driver James Fowler who was assigned to perform the mail delivery services required by contract HCR #600L1. Ex. C at ¶ 9; Ex. D at ¶ 4-5.

14. When Mr. Fowler was injured on November 16, 2005, at the Libertyville Post Office, he was performing mail delivery services under HCR #600L1. Ex. D at ¶ 6.

15. Eagle Express' workers compensation insurance has paid Mr. Fowler's workers compensation benefits since that time as required under the Illinois Workers Compensation Act. Ex. D at ¶ 6.

                        Respectfully submitted,

                        PATRICK J. FITZGERALD
                        United States Attorney

                        By: s/ Amanda A. Berndt
                           AMANDA A. BERNDT
                           Assistant United States Attorney
                           219 South Dearborn Street
                           Chicago, Illinois 60604
                           (312) 353-1413
                           amanda.berndt@usdoj.gov