UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES FOWLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 2785 |
| v. | ) | |
| | ) | Judge Dow |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

**LIST OF EXHIBITS TO RULE 56.1 STATEMENT OF UNCONTESTED FACTS**

Exhibit A.   Complaint

Exhibit B.   Answer to Complaint

Exhibit C.   Declaration of Bertrum Manchego

Exhibit D.   Declaration of Tim Pals

Exhibit E.   Eagle Express Lines' "What We Offer" & "About Us," *available at* www.eagleexpreslines.com

Exhibit F.   Cost Sheet for HCR Contract #600L1 (redacted)