# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **JAMES FOWLER**, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No: |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## COMPLAINT AT LAW

NOW COMES the Plaintiff, JAMES FOWLER, by his attorneys, Burke & O'Brien, P.C., and for his Complaint against the Defendant, United States of America, states as follows:

## JURISDICTION AND VENUE

i.      This action arises under the Federal Tort Claims Act, 28 U.S.C. Sections 1346(b), 2671-80. Venue is proper in this jurisdiction because the acts complained of occurred in the City of Libertyville, County of Lake, and State of Illinois.

ii.      Pursuant to 28 U.S.C. Section 2675 (a), a Standard Form 95 was timely filed with the United States Post Office on October 16, 2007. The United States Post Office denied Plaintiff's administrative claim on April 15, 2008.

Case 1:08-cv-02785 Document #: 1 Filed: 05/13/2008 Page 2 of 13

## COUNT I

1.      On or about November 16, 2005, and at all times material, the United States Postal Service ("USPS") owned, operated, managed, maintained, and/or controlled the premises commonly known as Libertyville Post Office, located at 1520 Artaius Parkway in the City of Libertyville, County of Lake, State of Illinois.

2.      At the time and place aforesaid, and prior thereto, USPS owned, operated, managed, maintained and/or controlled the loading dock/loading area upon the aforesaid premises.

3.      At the time and place aforesaid, Plaintiff, JAMES FOWLER, was an invitee of said premises and lawfully on said premises.

4.      At the time and place aforesaid, JAMES FOWLER was caused to trip and fall on the dock plate upon the aforesaid premises.

5.      At the time and place aforesaid, USPS had a duty to exercise ordinary care in the ownership, operation, management, maintenance and/or control of said premises, so as not to cause injury to invitees, including Plaintiff.

6.      In violation of the aforesaid duty, USPS, by and through its duly authorized agents, employees, and/or servants, was negligent in one or more of the following respects:

    a.      Created a dangerous and hazardous condition of a dock plate that failed to sit flush with the walking surface in the dock area/loading area of said premises;

    b.      Allowed said dangerous and hazardous condition to exist in the dock area/loading area of said premises;

    c.      Failed to maintain adequate lighting in the dock area/loading area;

d. Failed to adequately warn invitees of said dangerous and hazardous conditions which existed on the aforesaid premises;

d. Failed to make a reasonable inspection of the premises to discover and remedy said dangerous and hazardous conditions which existed on the aforesaid premises, when they knew, or in the exercise of reasonable care, should have known that said conditions were not reasonably safe for invitees;

e. Were otherwise careless and/or negligent in the maintenance of said premises.

7. As a direct and proximate result of one or more of the foregoing acts or omissions of USPS, the Plaintiff, JAMES FOWLER, was injured when he tripped on the raised dock plate and fell to the ground on said premises, thereby causing JAMES FOWLER to suffer severe, permanent, painful and disabling injuries which have interfered with and will continue to interfere with his everyday activities and have caused him to incur and will cause him in the future to incur medical expenses and lost wages.

WHEREFORE, the Plaintiff, JAMES FOWLER, prays for judgment in his favor and against the Defendant, UNITED STATES OF AMERICA, in the amount of $1,000,000.00 plus costs.

Attorneys for Plaintiff

s/Daniel E. O'Brien
BURKE & O'BRIEN, P.C.

Daniel E. O'Brien
BURKE & O'BRIEN, P.C.
33 North LaSalle Street
20th Floor
Chicago, Illinois 60602
312/279-1170

# EXHIBIT B

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES FOWLER | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08 C 2785 |
| v. | ) | |
| | ) | Judge Dow |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER

Defendant United States of America, by its attorney, Patrick J. Fitzgerald, United States Attorney for the Northern District of Illinois, and answers Plaintiff's Complaint as follows:

### First Defense

Pursuant to 28 USC § 2657(b), plaintiff is prohibited from claiming or recovering an amount against the defendant in excess of that set forth in a claim presented to the United States Postal Service.

### Second Defense

Plaintiff's injuries, damages and losses, if any, were solely and proximately caused by his own negligence, carelessness or recklessness.

### Third Defense

Plaintiff's fault and negligence in causing this alleged accident must be compared against the fault and negligence, if any, of defendant, and plaintiff's recovery, if any, must be diminished in proportion to plaintiff's fault and negligence in causing the alleged accident.

### Fourth Defense

Plaintiff's damages and injuries, if any, were entirely caused by his own negligent conduct, or in the alternative, plaintiff's own fault is comparatively greater than any fault on the part of defendant and exceeds 50% thus plaintiff is barred under 735 ILCS § 5/2-1116 from any recovery against defendant.

### Fifth Defense

Answering the specific allegations of the complaint, the defendant United States admits, denies, or otherwise avers as follows:

### Complaint

### Jurisdiction and Venue

i.       This action arises under the Federal Tort Claim Act, 28 USC Sections 1346(b), 2671-80.  Venue is proper in this jurisdiction because the acts complained of occurred in the City of Libertyville, County of Lake, State of Illinois.

**Response**: Admit.


ii.       Pursuant to 28 USC Section 2675(a), a Standard Form 95 was timely filed with the United States Post Office on October 16, 2007.  The United States Post Office denied Plaintiff's administrative claim on April 15, 2008.

**Response**:  Defendant admits that plaintiff filed his administrative claim with the United States Postal Service, but denies that it was filed on October 16, 2007.  Except as expressly denied, Defendant admits the remaining allegations of Paragraph ii.

<u>Count I</u>

1.      On or about November 16, 2005, and at all times material, the United States Postal Service ("USPS") owned, operated, managed, maintained, and/or controlled the premises commonly known as Libertyville Post Office, located at 1520 Artaius Parkway in the City of Libertyville, County of Lake, State of Illinois.

**Response:** Admit.

2.      At the time and place aforesaid, and prior thereto, USPS owned, operated, managed, maintained and/or controlled the loading dock/loading area upon the aforesaid premises.

**Response:** Admit.

3.      At the time and place aforesaid, plaintiff, James Fowler, was an invitee of said premises and lawfully on said premises.

**Response:** Admit.

4.      At the time and place aforesaid, James Fowler was caused to trip and fall on the dock plate upon the aforesaid premises.

**Response:** Deny.

5.      At the time and place aforesaid, USPS had a duty to exercise ordinary care in the ownership, operation, management, maintenance and/or control of aid premises, so as not to cause injury to invitees, including Plaintiff.

**Response:** Defendant admits that all business owners within the State of Illinois owe their customers a duty of reasonable care.  Defendant denies all other allegations.

3

6.      In violation of the aforesaid duty, USPS, by and through its duly authorized agents, employees, and/or servants, was negligent in one or more of the following respects:

a.      Created a dangerous and hazardous condition of a dock plate that failed to sit flush with the walking surface in the dock area/loading area of said premises;

b.      Allowed said dangerous and hazardous condition to exist in the dock area/loading area of said premises;

c.      Failed to maintain adequate lighting in the dock area/loading area;

d.      Failed to adequately warn invitees of said dangerous and hazardous conditions which existed on the aforesaid premises;

e.      Failed to make a reasonable inspection of the premises to discover and remedy said dangerous and hazardous conditions which existed on the aforesaid premises, when they knew, or in the exercise of reasonable care, should have known that said conditions were not reasonably safe for invitees;

f.      Were otherwise careless and/or negligent in the maintenance of said premises.

**Response:**  Deny.

7.      As a direct and proximate result of one or more of the foregoing acts or omissions of the USPS, the Plaintiff, James Fowler, was injured when he tripped on the raised dock plate and fell to the ground on said premises, thereby causing James Fowler to suffer severe, permanent, painful and disabling injuries which have interfered with and will continue to interfere with his everyday activities and have caused him to incur and will cause him in the future to incur medical expenses and lost wages.

**Response:** Deny.

4

WHEREFORE, defendant, having fully answered, hereby prays that this court dismiss plaintiff's complaint with prejudice, enter judgment in favor of the United States and against plaintiff with costs and with such further relief as may be appropriate.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/ Amanda A. Berndt
    AMANDA A. BERNDT
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois  60604
    (312) 353-1413
    amanda.berndt@usdoj.gov

# EXHIBIT C

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

JAMES FOWLER, )
)
Plaintiff, )
)
v. ) Case No. 08-CV-2785
)
UNITED STATES OF AMERICA, )
)
Defendant. )

### DECLARATION OF BERTRUM MANCHEGO

I, BERTRUM MANCHEGO, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746 to the best of my knowledge and belief.

1.      I am a Contracting Officer for the United States Postal Service. I am over the age of twenty-one and competent to make this Declaration.

2.      In that capacity, on behalf of the Postal Service, I enter into contracts (referred to as "HCR contracts") with highway contract route contractors to provide mail delivery services for the United States Postal Service. As part of these contracts, the contractor provides all drivers who then perform mail delivery services on behalf of the Postal Service. As part of my duties as Contracting Officer, I am the custodian of the HCR files for the territory covered by my office, and am generally familiar with the contents of said files.

3.      HCR contracts are generally awarded via a bid process. The Postal Service issues a solicitation for bids package. Potential contractors then submit bids to the Postal Service to perform the requested service. The

contractors are required to complete a Cost Worksheet as part of their bid package, setting out all costs which comprise the total amount of their bid offer to perform the services requested. The Cost Worksheet includes a specific line item for workers compensation insurance, and the cost for said insurance is part of the total contract amount paid to the winning contractor by the Postal Service.

4.     Previously, these same mail delivery services were performed by Postal Service employees. However, the Postal Service determined it was most cost effective for certain routes to contract with contractors to perform these same services.

5.     Eagle Express Lines Inc. (hereinafter referred to as "Eagle Express") is one of the highway contract route contractors who have been awarded multiple contracts with the Postal Service to deliver mail between Postal facilities.

6.     On behalf of the Postal Service, the contracting officer at that time, Floyd Berry, entered into a Highway Contract Route Contract, HCR #600LI with Eagle Express with a contract term of July 1, 2005 to June 30, 2009 to transport mail between the Palatine Processing & Distribution Center and various Postal facilities in the area. As part of that contract bid package, Eagle Express submitted a Cost Worksheet, which included a line item for workers compensation insurance. The total amount of the bid, and the amount accepted by the Postal Service as the contract price, included the cost of workers compensation insurance to cover the Eagle Express employees performing mail delivery services pursuant to the terms of the HCR contract.

7. My understanding of Eagle Express' primary business is that it is a contractor with the United States Postal Service, providing employees and equipment pursuant to the HCR contract to transport mail. Per the contract terms, Eagle Express is required to maintain workers compensation insurance for the employees it provides to complete the mail delivery services pursuant to its obligations under the HCR contract. The contract price paid by the Postal Service to Eagle Express for HCR #600LI includes the cost of the workers compensation insurance premiums.

8. In order for Eagle Express' employees to have access to Postal facilities and the mail, Eagle Express is required to present a list of its drivers intended to perform under the HCR contract at issue, along with specific information regarding those drivers, and the Postal Service screens those Eagle Express employees to determine if it is appropriate to allow them access to the mail and Postal facilities. Once the employees are properly screened, they are issued contractor badges which allow them access to the Postal facilities and mail in the locations served by the specific HCR contract under which they are working.

9. According to the Postal Service HCR file, James Fowler was an employee of Eagle Express assigned to work HCR #600LI. He was not paid by the Postal Service for the mail delivery services he performed under HCR #600LI, but rather, the Postal Service paid Eagle Express the contract price, with the expectation that Eagle Express paid its employees.

10.    Under HCR #600LI, if an Eagle Express employee was injured while performing mail delivery services under the contract, said employee would be covered under the workers compensation insurance purchased by Eagle Express as set forth in the Cost Worksheet as part of the total contract price paid by the Postal Service for Eagle Express' performance under this contract.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 29th day of April, 2011.

Bertrum Manchego
Contracting Officer
United States Postal Service

4

# EXHIBIT D

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

James Fowler,                  )
                                )
      Plaintiff,          )
                                )
v.                             )     Case No. 08-CV-02785
                                )
UNITED STATES OF AMERICA,   )
                                )
      Defendant.      )

### DECLARATION OF TIM PALS

I, TIM PALS, make the following declaration in lieu of affidavit pursuant to 28 U.S.C. § 1746 to the best of my knowledge and belief.

1.    I am the Chief Operating Officer of Eagle Express Lines, Inc. I am over the age of twenty-one and competent to make this Declaration.

2.    Eagle Express Lines Inc (hereinafter Eagle Express) is a company whose primary business is transporting mail under contract (referred to as "Highway Contract Route Contracts" or "HCR Contracts") for the United States Postal Service. To perform the contract terms, Eagle Express employs drivers who perform the mail delivery services. The drivers are paid by Eagle Express, and are covered under workers compensation insurance purchased by Eagle Express in the event they are injured while providing services under the HCR contract.

3.    When bidding upon mail contracts, Eagle Express completes a Cost Worksheet setting out the various costs that make up the total amount of the bid offer. One such line item cost on the Cost Worksheet is for workers

compensation insurance premiums. Eagle Express, as part of its bid package for HCR #600L1, completed the Cost Worksheet, and said Cost Worksheet did include the workers compensation insurance premium line item as part of the total amount of the bid offer.

4.      Eagle Express bid on and was awarded HCR #600L1 which delivers mail to various postal facilities, including the Libertyville Post Office, in Libertyville, IL. One of Eagle Express employees, driver James Fowler, was assigned to perform the mail delivery services required under HCR #600L1.

5.      Eagle Express paid Mr. Fowler directly for the hours he worked delivering mail pursuant to HCR #600L1.

6.      When Mr. Fowler was injured on or about November 16, 2005 at the Libertyville Post Office, he was performing mail delivery services under HCR #600L1. Eagle Express' workers compensation insurance has paid Mr. Fowler workers compensation benefits since that time as required under the Illinois Workers Compensation Act.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this __20th__ day of ___April____, 2011.


Tim Pals
Chief Operating Officer
Eagle Express Lines, Inc.

# EXHIBIT E

Eagle Express Lines, Inc of South Holland, IL - A Full Service Asset-Based Contract Carrier

## About Eagle Express

Learn more about the history and founders of Eagle Express.

## What We Offer

What is the Eagle Express difference? Find out more about our services and our people.

## Online Inquiry

Ask a question or request information with our online inquiry form.

## Eagle Express Locator

Find Eagle Express routes and service points.

## Career Opportunities

Come grow with Eagle Express. Apply for employment online!

## Contact Us

Phone numbers, e-mail, maps and more!



### Driver Resource Center

- Driver Training Videos
- Driver Training Guides
- Online Forms Library
- Online Driver Communication
- Online Resources
- Shop & Office Team

Home

**EAGLE EXPRESS LINES**

Driver Resource Center

About Eagle Express | What We Offer | Online Inquiry
Eagle Express Locator | Career Opportunities | Contact Us

What We Offer

## Customers

Eagle Express Lines primarily services the routes of the US Postal Service. Our primary mission is to service the needs of the US Postal Service at locations across the country with on-time delivery, courtesy, safety, and efficiency.

Click here for a list of contacts at Eagle Express Lines, Inc.

## Our Team

Representing a professional courteous image, our drivers strive to deliver quality, on-time. Serving the US Postal Service demands that timeliness and quality care to be of our utmost concern. Our team of over 600 drivers nationwide combine many years of over-the-road experience to ensure our postal customers are satisfied each and every time. Our drivers are further supported by a team of dedicated professionals in each of our maintenance areas. Together, the Eagle Express Team works to ensure each delivery is a success.

Looking to join our winning team, click here for more information.

## Our Equipment

Our team drives newer state-of-the-art Volvo Class 8 heavy-duty trucks. Supported by a strong dealer network and by an industry-leading parts and service program, Volvo trucks do indeed "smooth out a bumpy road to success." Eagle Express has a rigorous maintenance program to ensure all of our equipment performs uninterrupted. Our drivers routinely check and re-check their vehicles before each route is commenced to ensure everything is working as it should. In addition, our service areas perform routine checks to ensure our equipment continues to run at top performance. With quality equipment driven by our dedicated and experienced team of drivers, we are sure to deliver the mail.



## A Winning Team!

Together, our drivers, equipment and management work together with our customers in the US Postal Service to deliver the mail time after time! Dependability, timeliness, and first-class service - all essential and form the foundation of our Company's Mission.

Another quality site by



Copyright ©
Eagle Express Lines

**EAGLE EXPRESS LINES**

Home

Driver Resource Center

About Eagle Express | What We Offer | Online Inquiry
Eagle Express Locator | Career Opportunities | Contact Us

**About Eagle Express**

- History
- Privacy Statement
- Legal Statement

Eagle Express Lines, Inc. is a full service asset-based contract carrier that specializes in the on-time delivery of time sensitive materials for the United States Postal Service and other manufacturing and distribution companies.

Our drivers are based in most Eastern and Midwestern metro areas with Terminals in Chicago, IL, Indianapolis, IN, and Pittsburgh, PA.



Another quality site by

**Catalyst**

Copyright ©
Eagle Express Lines

## Mission in the Truck Transportation Industry

First class service, stability, and reliability produced by forming long-term partnerships with our employees and customers. We use well-maintained late model equipment, as well as best management practices, to enhance efficiency, safety, compliance, timeliness of service, courtesy to customers, and an excellent work environment for our employees.





EXHIBIT F

**UNITED STATES POSTAL SERVICE®**

**Negotiated Cost Statement Highway Transportation Contracts**

NAME OF SUPPLIER, ADDRESS, STATE AND ZIP+4
EAGLE EXPRESS LINES INC
715 WEST 172ND STREET
PO BOX 348
SOUTH HOLLAND IL 60473-0348

BEGIN CONTRACT TERM
07/01/2005

END CONTRACT TERM
06/30/2009

| CONTRACT NO. | CITY & STATE | CITY & STATE |
|---|---|---|
| 600L1 | PALATINE P&DC, IL | PALATINE P&DC SERVICE AREA, IL |

Cost Segment
A

| | I. Last Approved Cost as of | II. Negotiated Effect Cost as of | III. Leave Blank USPS Use Only |
|---|---|---|---|
| | 07/01/2005 | 08/06/2005 | |

| ITEM | No. of Units Per Year (Annual miles) | X | Unit Cost (Rate per mile) | = | Annual Cost | No. of Units Per Year (Annual miles) | X | Unit Cost (Rate per mile) | = | Annual Cost | No. of Units Per Year (Annual miles) | X | Unit Cost (Rate per mile) | = | Amount Allowable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A. Vehicle Cost (1) Motor Vehicles | | | | | | | | | | | | | | | |
| (2) Trailers | | | | | | | | | | | | | | | |
| 1B. Operational Cost | | | | | | | | | | | | | | | |
| 2. Taxes | | | | | | | | | | | | | | | |
| 3. Vehicle Registration | | | | | | | | | | | | | | | |
| 4. Miscellaneous | | | | | | | | | | | | | | | |
| 5. General Overhead | | | | | | | | | | | | | | | |
| 6. Fuel | (Gallons) | | (Per gallon) | | | (Gallons) | | (Per gallon) | | | (Gallons) | | (Per gallon) | | |
| 7. Oil | (Quarts) | | (Per quart) | | | (Quarts) | | (Per quart) | | | (Quarts) | | (Per quart) | | |
| 8. Insurance | | | | | | | | | | | | | | | |
| 9. Road Taxes | | | | | | | | | | | | | | | |
| 10. Tolls | (Trips) | | (Per trip) | | | (Trips) | | (Per trip) | | | (Trips) | | (Per trip) | | |
| 11. Sub-Total (Lines 1-10) | | | | | | | | | | | | | | | |
| 12. Straight Time | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | |
| 13. Overtime | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | |
| 14. Payroll Taxes | (Taxable wages) | | | | | (Taxable wages) | | | | | (Taxable wages) | | | | |
| a. Social Security | | | | | | | | | | | | | | | |
| b. Workman's Comp. | | | | | | | | | | | | | | | |
| c. Fed. Unemp. Comp. | | | | | | | | | | | | | | | |
| d. State Unemp. Comp. | | | | | | | | | | | | | | | |
| 15. Fringe Benefits | (No. of employees or hours) | | (Rate) | | | (No. of employees or hours) | | (Rate) | | | (No. of employees or hours) | | (Rate) | | |
| a. Health & Welfare | | | | | | | | | | | | | | | |
| b. Vacation | | | | | | | | | | | | | | | |
| c. Holiday | | | | | | | | | | | | | | | |
| d. Pension | | | | | | | | | | | | | | | |
| 16. Sub-Total (Lines 12-15) | | | | | | | | | | | | | | | |
| 17. Supplier's Wages Personal Driving/Supv. | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | |
| 18. Total Cost (Lines 11, 16 & 17) | | | | | | | | | | | | | | | |
| 19. Return on Investment | | | | | | | | | | | | | | | |
| 20. Total Contract Rate (Lines 18 & 19) | | | | | | | | | | | | | | | |

U.S. POSTAL SERVICE
AUG 2 2005
GREAT LAKES DISTRIBUTION
NETWORKS OFFICE

U.S. Code Title 18 (Crimes and Criminal Procedures), Section 1001, makes it a criminal offense to make a willfully false statement or representation herein.

Signature of Supplier

Date
7-29-05

PS Form 7463A
September 2001

HIGHLY CONFIDENTIAL

USA100

**UNITED STATES POSTAL SERVICE** ®

**Negotiated Cost Statement**
**Highway Transportation Contracts**

NAME OF SUPPLIER, ADDRESS — TE AND ZIP+4
EAGLE EXPRESS LINES INC
715 WEST 172ND STREET
PO BOX 348
SOUTH HOLLAND IL 60473-0348

BEGIN CONTRACT TERM
07/01/2005

END CONTRACT TERM
06/30/2009

| CONTRACT NO. | CITY & STATE | | CITY & STATE | |
|---|---|---|---|---|
| 600L1 | PALATINE P&DC, IL | | PALATINE P&DC SERVICE AREA, IL | |

| Cost Segment B | I. Last Approved Cost as of 07/01/2005 | II. Negotiated Effect Cost as of 08/06/2005 | III. Leave Blank USPS Use Only |
|---|---|---|---|

| ITEM | No. of Units Per Year (Annual miles) | X | Unit Cost (Rate per mile) | = | Annual Cost | No. of Units Per Year (Annual miles) | X | Unit Cost (Rate per mile) | = | Annual Cost | No. of Units Per Year (Annual miles) | X | Unit Cost (Rate per mile) | = | Amount Allowable |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1A. Vehicle Cost (1) Motor Vehicles | | | | | | | | | | | | | | | |
| (2) Trailers | | | | | | | | | | | | | | | |
| 1B. Operational Cost | | | | | | | | | | | | | | | |
| 2. Taxes | | | | | | | | | | | | | | | |
| 3. Vehicle Registration | | | | | | | | | | | | | | | |
| 4. Miscellaneous | | | | | | | | | | | | | | | |
| 5. General Overhead | | | | | | | | | | | | | | | |
| 6. Fuel | (Gallons) | | (Per gallon) | | | (Gallons) | | (Per gallon) | | | (Gallons) | | (Per gallon) | | |
| 7. Oil | (Quarts) | | (Per quart) | | | (Quarts) | | (Per quart) | | | (Quarts) | | (Per quart) | | |
| 8. Insurance | | | | | | | | | | | | | | | |
| 9. Road Taxes | | | | | | | | | | | | | | | |
| 10. Tolls | (Trips) | | (Per trip) | | | (Trips) | | (Per trip) | | | (Trips) | | (Per trip) | | |
| 11. Sub-Total (Lines 1-10) | | | | | | | | | | | | | | | |
| 12. Straight Time | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | |
| 13. Overtime | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | |
| 14. Payroll Taxes | (Taxable wages) | | | | | (Taxable wages) | | | | | (Taxable wages) | | | | |
| a. Social Security | | | | | | | | | | | | | | | |
| b. Workman's Comp. | | | | | | | | | | | | | | | |
| c. Fed. Unemp. Comp. | | | | | | | | | | | | | | | |
| d. State Unemp. Comp. | | | | | | | | | | | | | | | |
| 15. Fringe Benefits | (No. of employees or hours) | | (Rate) | | | (No. of employees or hours) | | (Rate) | | | (No. of employees or hours) | | (Rate) | | |
| a. Health & Welfare | | | | | | | | | | | | | | | |
| b. Vacation | | | | | | | | | | | | | | | |
| c. Holiday | | | | | | | | | | | | | | | |
| d. Pension | | | | | | | | | | | | | | | |
| 16. Sub-Total (Lines 12-15) | | | | | | | | | | | | | | | |
| 17. Supplier's Wages Personal Driving/Supv. | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | | (Hours) | | (Per hour) | | |
| 18. Total Cost (Lines 11, 16 & 17) | | | | | | | | | | | | | | | |
| 19. Return on Investment | | | | | | | | | | | | | | | |
| 20. Total Contract Rate (Lines 18 & 19) | | | | | | | | | | | | | | | |

U.S. Code Title 18 (Crimes and Criminal Procedures), Section 1001, makes it a criminal offense to make a willfully false statement or representation herein.

Signature of Supplier _[signature]_

Date 7-29-05

HIGHLY CONFIDENTIAL

USA101

PS Form 7463A
September 2001